JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ACCENTRA INC., et al., | Case No. 07-cv-5862 ABC (RZx) |
| Plaintiffs, Counterclaim Defendants, | |
| v. | [~~JOINT PROPOSED~~] FINAL JUDGMENT |
| STAPLES, INC., et al., | |
| Defendants, Counterclaim Plaintiffs. | The Honorable Audrey B. Collins |

WHEREAS, this Court having granted the motion of defendants/counterclaim-plaintiffs Staples, Inc. and Staples the Office Superstore, LLC (collectively "Staples") for summary judgment as to U.S. Patent No. 7,178,709 (Docket No. 619) pursuant to a mandate from the U.S. Court of Appeals for the Federal Circuit to this Court (Docket No. 606).

WHEREAS, the parties having stipulated to dismissal of all claims relating to U.S. Paten No. 7,080,768 (Docket No. 615);

WHEREAS, the U.S. Court of Appeals for the Federal Circuit having affirmed this Court's denial of Staples' renewed motion for judgment as a matter of law regarding infringement of U.S. Patent No. 7,290,692 (Docket No. 606);

WHEREAS, the U.S. Court of Appeals for the Federal Circuit having vacated

Case 2:07-cv-05862-ABC-RZ   Document 643   Filed 12/09/13   Page 2 of 3   Page ID #:17733

1  and remanded the issue of damages in light of its mandate (Docket No. 606);

2      WHEREAS, this Court having previously entered a final Judgment (Docket

3  No. 569) dismissing with prejudice Counts II, III and IV of the Third Amended

4  Complaint of plaintiffs / counterclaim-defendants Accentra, Inc. and WorkTools,

5  Inc. (collectively "Accentra");

6      WHEREAS, the U.S. Court of Appeals for the Federal Circuit having

7  affirmed the decision of this Court in all other respects; and

8      WHEREAS, the parties having mutually agreed to forego any an all

9  respective rights to submit a bill of costs associated with this matter;

10     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** on this 9 day

11 of December, 2013, that FINAL JUDGMENT is entered in favor of Accentra and

12 against Staples as follows:

13     1.    Staples' CX-1, DX-1, EX-5 and High Capacity stapler products

14 infringe claims 6, 7 and 9 of U.S. Patent No. 7,290,692. Count III of Staples' First

15 Amended Answer to Plaintiffs' Third Amended Complaint, and all Affirmative

16 Defenses and Counterclaims to Plaintiffs' Third Amended Complaint relating to

17 U.S. Patent No. 7,290,692, are DISMISSED WITH PREJUDICE in their entireties.

18     2.    Count IV of Staples' First Amended Answer to Plaintiffs' Third

19 Amended Complaint, and all Affirmative Defenses and Counterclaims to Plaintiffs'

20 Third Amended Complaint relating to claims 20 and 21 of U.S. Patent No.

21 7,080,768, are DISMISSED for lack of subject matter jurisdiction.

22     3.    Staples is not entitled to attorneys' fees beyond those previously

23 awarded (Docket No. 569).

24     **IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**

25 on this 9 day of December, 2013, that FINAL JUDGMENT is entered in favor of

26 Staples and against Accentra as follows:

27     4.    For the reasons set forth in this Court's June 5, 2013 Order granting

28

Staples' motion for summary judgment (Docket No. 619), claims 24, 25, 27 and 28 of U.S. Patent No. 7,178,709 are invalid, and being invalid cannot be infringed, and therefore the portions of Count I of Accentra's Third Amended Complaint alleging infringement and willful infringement of U.S. Patent No. 7,178,709 are DISMISSED WITH PREJUDICE.

5. The portions of Count I of Accentra's Third Amended Complaint alleging infringement and willful infringement of U.S. Patent No. 7,080,768 are DISMISSED WITH PREJUDICE.

6. Staples did not willfully infringe U.S. Patent No. 7, 290,692. The portions of Count I of Accentra's Third Amended Complaint alleging willful infringement of U.S. Patent No. 7,290,692 are DISMISSED WITH PREJUDICE.

7. Accentra is not entitled to enhanced damages and attorneys' fees.

8. Accentra is not entitled to a permanent injunction.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to an agreement between the parties, Staples shall pay Accentra a sum certain in full and final settlement of the remaining issues in this action.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over the parties and the subject matter of this action to the extent necessary to enforce this Final Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED.**

Dated: December 9, 2013

_____

*Audrey B. Collins*

The Honorable Audrey B. Collins
Chief United States District Judge